# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LAWRENCE RACE,
                      Appellant,

vs.

AMY LOUISE THUESON,
                      Respondent.

No. 69379

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order issued after a status check in a divorce and child custody action, setting child support, granting appellant access to the child's medical information, and allowing for appellant to file a motion for visitation if he chooses. Eighth Judicial District Court, Family Court Division, Clark County; Cheryl B. Moss, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order merely setting child support, granting access to medical information, or allowing for a

16-07019

motion for visitation. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Cheryl B. Moss, District Judge, Family Court Division
John Lawrence Race
Benjamin B. Childs
Eighth District Court Clerk

_____

[1]We deny as moot appellant's motion for an extension of time to file the fast track statement. The clerk shall return, unfiled, the fast track statement received on February 17, 2016.